**NADER ENTERPRISES INC**

530 S. DOCK ST
SHARON, PA 16146
PHONE#1-724-342-7978
FAX　　#1-724-342-7969

# Invoice

| Date | Invoice # |
|---|---|
| 12/16/2005 | 5234 |

**Bill To**

CAPITAL SALES
1471 E 9 MILE RD
HAZEL PARK, MI 48030

| Terms | Due Date | Ship Date | Ship Via |
|---|---|---|---|
|  | 12/16/2005 | 12/16/2005 | EAST END |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| 210CSJ&D LARGE 50CT LIGHTER | ✓ 210 x 8000 = 4,200 | 16800 00    8.50 | ~~35,700.00~~ |
| 60CSJ&D MINI LIGHTER 50CT | 60 x 10 = 1,200 | 4200 00    8.00 | 9,600.00 |
|  |  | 21000 00 |  |

WRONG PRICE CHARGED PER FADI

**PAID**
DEC 2 8 2005
CHECK # 17052

YOU ARE RESPONSIBLE FOR PAYING YOUR LOCAL AND STATE TAXES IN FULL

**Total** ~~$45,300.00~~

21000 00

# Invoice

**NADER ENTERPRISES INC**

530 S. DOCK ST
SHARON, PA 16146
PHONE #1-724-342-7978
FAX     #1-724-342-7969

| Date | Invoice # |
|---|---|
| 1/10/2006 | 5390 |

**Bill To**

CAPITAL SALES
1471 E 9 MILE RD
HAZEL PARK, MI 48030

| Terms | Due Date | Ship Date | Ship Via |
|---|---|---|---|
|  | 1/10/2006 | 1/10/2006 | EAST END |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| J&D LIGHTER1000CT  WRONG ITEM SHIPPED-REFUSED | 1,040 | 46.00 | 47,840.00 |
| 47csJ&D LARGE 50CT LIGHTER  20/50 cs   47 = | 940  850 | 4.25 | 3,995.00 |
| 24csJ&D MINI LIGHTER 50CT  20/50 cs   24 | 480  800 | 4.00 | 1,920.00 |

YOU ARE RESPONSIBLE FOR PAYING YOUR LOCAL AND STATE TAXES IN FULL

**Total** $53,755.00