

EXHIBIT B

1      UNITED STATES DISTRICT COURT

2      FOR THE EASTERN DISTRICT OF MICHIGAN

3

4      ------------------------------------

5  BIC CORPORATION,                    ) Case No.

6                   PLAINTIFF,         ) 2106-CV-10267

7      vs.                             )

8  CAPITAL SALES COMPANY, SAM HADDAD,  )

9  NADER Enterprises, INC., RAMI NADER )

10 and FADI ZAHARN, individually and   )

11 doing business as J & D Enterprises,)

12 INC., HUANQUI LIGHTERS MANUFACTURING)

13 CO., LTD., ASIAPAC DEVELOPMENT CO.,)

14 LTD., ASIA PAC GROUP, JOHN DOE      )

15 COMPANY and JOHN DOES 1-100,        )

16                   DEFENDANTS.       ) (Pages 1-74)

17 ------------------------------------

18

19 DEPOSITION OF:

20             VINCENT JOSEPH IACOPELLA

21             WEDNESDAY, JUNE 28, 2006

22             10:14 A.M.

23 REPORTED BY:

24             DONNIE A. STICKLEY

25             C.S.R. 9510, R.P.R., R.M.R.



**LEGALINK**
A MERRILL COMPANY

20750 Ventura Blvd
Suite 205
Woodland Hills, CA 91364

tel (818) 593-2300
tel (800) 826-0277
fax (818) 593-2301

www.merrilcorp.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

```
1          DEPOSITION OF VINCENT JOSEPH IACOPELLA, A

2   WITNESS, TAKEN BY THE PLAINTIFF, ON WEDNESDAY, JUNE

3   28, 2006, COMMENCING AT 10:14 A.M., AT 633 WEST

4   FIFTH STREET, SUITE 4900, LOS ANGELES, CALIFORNIA,

5   BEFORE DONNIE A. STICKLEY, C.S.R. NO. 9510, R.P.R.,

6   R.M.R.

7   APPEARANCES OF COUNSEL:

8

9        FOR THE PLAINTIFF:

10

11             GORDON & REES, LLP

12             BY:  MANUEL SALDANA, ESQ.

13             633 WEST FIFTH STREET

14             SUITE 4900

15             LOS ANGELES, CALIFORNIA 90017

16             213.576.5000

17

18        FOR THE WITNESS:

19

20             LAW OFFICE OF PHYLLIS G. POLLACK

21             BY:  PHYLLIS G. POLLACK, ESQ.

22             865 SOUTH FIGUEROA STREET

23             SUITE 1388

24             LOS ANGELES, CALIFORNIA 90017

25             213.630.8810
```

2

```
1                    I N D E X

2

3    WITNESS:

4

5    VINCENT JOSEPH IACOPELLA

6

7                    EXAMINATION        PAGE

8

9                    BY MR. SALDANA        7

10

11

12                    EXHIBITS

13

14   NO.      PAGE    DESCRIPTION

15

16   Exhibit 1   7   Five-page Notice of Taking

17                    Deposition Duces Tecum

18                    (No production numbers)

19   Exhibit 2   7   Two-page Subpoena in a Civil Case

20                    (No production numbers)

21   Exhibit 3   22   25-page document responsive to

22                    Document Request No. 1

23                    (Production Nos. J1135 to J1159)

24   Exhibit 4   22   19-pages customs brokerage file

25                    (Production Nos. J1160 to J1178)
```

LegaLink,  a Merrill Company
800-826-0277  818-593-2300  Fax 818-593-2301  www.legalink.com

```
 1                        EXHIBITS

 2

 3   NO.          PAGE    DESCRIPTION

 4

 5   Exhibit 5    29     24-page import freight forwarding

 6                       file from China to U.S.

 7                       (Production Nos. J1049 to J1072)

 8   Exhibit 6    30     14-page customs clearance file

 9                       (Production Nos. J1073 to J1086)

10   Exhibit 7    30     48-page export freight forwarding

11                       file

12                       (Production Nos. J1087 to J1134)

13   Exhibit 8    41     49 pages of copies of e-mail

14                       relating to container of lighters

15                       (Production Nos. J1000 to J1048)

16   Exhibit 9    41     11-page import freight file

17                       (Production Nos. J1179 to J1189)

18   Exhibit 10   41     26-page customs clearance file

19                       related to Exhibit 9

20                       (Production Nos. J1190 to J1203)

21   Exhibit 11   41     11-page import freight file

22                       (Production Nos. J1204 to J1215)

23   Exhibit 12   42     17-page customs clearance file

24                       related to Exhibit 11

25                       (Production Nos. J1216 to J1232)
```

LegaLink, a Merrill Company
800-826-0277  818-593-2300  Fax 818-593-2301  www.legalink.com

```
1                          EXHIBITS

2

3   NO.        PAGE    DESCRIPTION

4

5   Exhibit 13  42    13-page freight file

6                     (Production Nos. J1233 to J1245)

7   Exhibit 14  42    20 pages of packing lists

8                     (Production Nos. J1246 to J1265)

9   Exhibit 15  42    22-page freight shipment file

10                    (Production Nos. J1266 to J1287)

11  Exhibit 16  43    24-page clearance file related to

12                    Exhibit 15

13                    (Production Nos. J1288 to J1311)

14  Exhibit 17  43    25-page freight file

15                    (Production Nos. J1312 to J1336)

16  Exhibit 18  43    17-page clearance file for

17                    shipment related to Exhibit 17

18                    (Production Nos. J1337 to J1353)

19  Exhibit 19  43    16-page freight file

20                    (Production Nos. J1354 to J1369)

21  Exhibit 20  44    17-page clearance file related to

22                    Exhibit 19

23                    (Production Nos. J1370 to J1386)

24  Exhibit 21  44    15-page freight file

25                    (Production Nos. J1387 to J1401)
```

5

LegaLink, a Merrill Company
800-826-0277  818-593-2300  Fax 818-593-2301  www.legalink.com

1                          EXHIBITS

2

3    NO.       PAGE   DESCRIPTION

4

5    Exhibit 22   45   16-page clearance file related to

6                      shipment in Exhibit 21

7                      (Production Nos. J1402 to J1417)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

LegaLink,   a Merrill Company
800-826-0277   818-593-2300   Fax 818-593-2301   www.legalink.com

```
 1              (Deposition Exhibits 1 and 2,

 2         respectively, were marked for

 3         identification and are annexed

 4         hereto.)

 5              (Whereupon, the following oath was

 6         administered by the court reporter:

 7              Do you solemnly state that the

 8         testimony you give at this time and

 9         place will be the truth, the whole

10         truth, and nothing but the truth under

11         penalty of perjury?)

12              THE WITNESS:  Yes.

13

14              VINCENT JOSEPH IACOPELLA,

15    having been first duly sworn, testified as follows:

16

17                        EXAMINATION

18

19    BY MR. SALDANA:

20         Q.  I may mispronounce your last name, so if

21    you don't mind, I will just call you Vince.

22         A.  Yeah, sure, sure.

23         Q.  Okay.  Vincent, state your full name for

24    the record.

25         A.  Vincent Joseph Iacopella.
```

LegaLink,  a Merrill Company
800-826-0277  818-593-2300  Fax 818-593-2301  www.legalink.com

1      that to him.

2              But the coverage, there would not even be

3      any coverage under a California Supreme Court case

4      within the last, I think, six or eight years.

5              MR. SALDANA:  Okay.

6      BY MR. SALDANA:

7          Q.  Moving on now, Vincent --

8          A.  Okay.

9          Q.  -- where do you work?

10         A.  I work at the Janel Group of Los Angeles.

11         Q.  How long have you worked for the Group?

12         A.  I have worked for them on and off for 18

13     years; so officially, 1987 to 1998, and then from

14     2004 to the present, is the easiest way I can

15     explain it.

16         Q.  What's your current position with the

17     company?

18         A.  I'm the Managing Director of the California

19     subsidiary.

20         Q.  Who is your supervisor?

21         A.  James Jannello.

22         Q.  And where is Mr. Jannello located?

23         A.  Janel Group of New York.

24         Q.  So he is physically in New York?

25         A.  Physically.

LegaLink,  a Merrill Company
800-826-0277   818-593-2300   Fax 818-593-2301   www.legalink.com

```
 1        Q.  So are you the highest ranking employee

 2   here of Janel?

 3        A.  Yes.

 4        Q.  Here in L.A., I mean.

 5        A.  Here in California.

 6        Q.  California.

 7             What does the Janel Group do?

 8        A.  We are a customs broker and freight

 9   forwarder.

10        Q.  How long have you been the Managing

11   Director?

12        A.  Since 2004.

13        Q.  Where did you work between '98 and 2004?

14             THE WITNESS:  Is that relevant?

15             MS. POLLACK:  No, it isn't relevant.

16             He is here as a custodian.

17             MR. SALDANA:  Okay.

18             THE WITNESS:  I can answer it.

19             MS. POLLACK:  I'm going to object on the

20   grounds of relevancy.  But I will --

21             THE WITNESS:  I could answer.  I don't mind

22   answering.

23             MS. POLLACK:  -- allow him to answer

24   because I'm supposed to --

25             THE WITNESS:  It's just, I don't know where
```

LegaLink,  a Merrill Company
800-826-0277  818-593-2300  Fax 818-593-2301  www.legalink.com

```
 1        Q.  And I think this is some duplicative
 2   documents.
 3        A.  Yes.
 4        Q.  And just so I'm clear, one file, this file,
 5   Exhibit 3, that's kept in a separate department as
 6   compared to Exhibit 4, correct?
 7        A.  Correct.
 8        Q.  And the department that would have
 9   Exhibit 3 is called what in Janel?
10        A.  It's called our Break Bulk Department, our
11   Break Bulk Department.
12        Q.  Break?  Can you spell break?
13        A.  As the word break.
14        MS. POLLACK:  B-R-E-A-K.
15        THE WITNESS:  Bulk, B-U-L-K.
16   BY MR. SALDANA:
17        Q.  Okay.  And this Exhibit 4 is kept in what
18   department?
19        A.  Customs Clearance.
20        MR. SALDANA:  And just so we are clear on
21   the record, Counsel, you are not going to let me ask
22   him about the substance of any of these papers?
23        MS. POLLACK:  That is correct.
24        MR. SALDANA:  Okay.
25        MS. POLLACK:  He is here solely as the
```

LegaLink,  a Merrill Company
800-826-0277  818-593-2300  Fax 818-593-2301  www.legalink.com

```
 1              There are other forms out there that exist

 2      that show multiple country, mostly with garments and

 3      other commodities.

 4              MR. SALDANA:  And just off the record.

 5              (Discussion off the record.)

 6              MR. SALDANA:  Back on.

 7      BY MR. SALDANA:

 8          Q.  With regard to all the documents you

 9      produced here today, all these documents were kept

10      in the normal course of business over at Janel Group

11      here in California?

12          A.  Yes.

13          Q.  And all these documents were prepared at or

14      around the time of the events that are recorded in

15      each one of these documents?

16          A.  I'm sorry?

17          Q.  All these document were prepared at or

18      around the events that these documents reflect?

19          A.  Yes.

20          Q.  Okay.  And these are the type of documents

21      that are regularly produced and generated within

22      Janel Group, correct?

23          A.  Yes.

24          Q.  And for purposes of these records, you are

25      the custodian of these records, correct?
```

LegaLink,  a Merrill Company
800-826-0277  818-593-2300  Fax 818-593-2301  www.legalink.com

1      A.  Yes.

2           MR. SALDANA:  And lastly, we had a

3      discussion off the record.  I was not allowed to ask

4      anything substantive about customs, practices, or

5      what might not be in these piles, correct?

6           MS. POLLACK:  That is correct, as this was

7      a custodian of records deposition.

8           MR. SALDANA:  Okay.  And having said that,

9      you know, I don't know, and I don't think they

10     follow the usual California things.  We are in

11     federal court anyway, so I don't know if we need a

12     stipulation, but perhaps we do with regard to

13     getting a transcript and looking at it.

14          Does he want to review it?  I'm sure he

15     wants to review it after the fact.

16          MS. POLLACK:  Can I go off the record?

17          MR. SALDANA:  Let's do that.

18          (Discussion off the record.)

19          MR. SALDANA:  We are agreeing to the follow

20     stipulation:

21          That the court reporter be relieved of her

22     duties to maintain and hold custody of the

23     transcript; that the original be forwarded to

24     counsel for Janel Group for ultimately transfer over

25     to the deponent for his review of the transcript and

LegaLink,  a Merrill Company
800-826-0277  818-593-2300  Fax 818-593-2301  www.legalink.com

| /Account # | CONSIGNEE | | 535562 |
| --- | --- | --- | --- |
| | J&D Enterprises for (lighter(Dg) | Entry # | |
| | | | 903096-1 |

| HIP CO. | IMPORT DATE | IT. # | CONTAINER NO. |
| --- | --- | --- | --- |
| 3     ZIMU | ,, 12-01-05 | | GS Lu 2015074 |
| OR CARRIER | B/L NO. AKG 39/931 | LOCATION | COLLECT CHGS. |
| CHiNA  28E | HBL # | E 416 | |

632 ctns

4601
4601

535562

1

51160



DEPOSITION EXHIBIT
4
Iacopella  06/28/
Donnie Stickle
CSR9510

| CK NUMBER | ITEM | VENDOR | CODE | INVOICE AMOUNT | EXPENSE AMOUNT | A-BILL INVOICE AMOUNT | EXPENSE AMOUNT |
|---|---|---|---|---|---|---|---|
| | Add'l. Classifications | | | | | | |
| | Add'l. Invoices | | | | | | |
| | Airline Service Fee | | | | | | |
| | Customs Bond & Services | | | | | | |
| | Break Bulk Fee | | | | | | |
| | Fish & Wildlife | | | | | | |
| | Customs Clearance | | | | | | |
| | Document Transfer | | | | | | |
| | Customs Overtime | | | | | | |
| | Del., Pickup or Transfer | | | | | | |
| | Cartage & Services | | | | | | |
| | Demurrage | | | | | | |
| | Duty Subject to Liquidation | | | | | | |
| | Entry I.D. | | | | | | |
| | Food & Drug Release | | | | | | |
| | Forwarding Svcs. Shipping | | | | | | |
| | Inland Freight | | | | | | |
| | Meat Release | | | | | | |
| | Storage | | | | | | |
| | Ocean Freight | | | | | | |
| | Int'l. Air Freight | | | | | | |
| | Tailgate exam. | | | | | | |
| | Missing Documents | | | | | | |
| | Quota Release | | | | | | |
| | Reforwarding | | | | | | |
| | Special Services | | | | | | |
| | Telephone, Telex & Postage | | | | | | |
| | Terminal Fee Land or Storage | | | | | | |
| | Transfer and devanning | | | | | | |
| | Messenger | | | | | | |
| | Outlay Charges | | | | | | |
| | Demurrage/Loading Release | | | | | | |
| | Freight consolidations | | | | | | |
| | Other - Expense | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | **TOTAL** | | | | | | |
| | | | | | | | |

J 1161



**JANEL GROUP OF LOS ANGELES, INC.**

*International Freight Forwarders*

460A S. HINDRY AVENUE
INGLEWOOD, CALIFORNIA 90301
TEL: (310) 670-7623  FAX: (310) 645-8516
F.M.C. 2580-R

GROUP OF LOS ANGELES, INC.

IATA
01-1-3842/0021

| INVOICE NO. | INVOICE DATE | YOUR REFERENCE NO. |
|---|---|---|
| LAX 596245500 | 05 DEC 2005 | |

NADER ENTERPRISES INC DBA J & D
ENTERPRISES
530 S DOCK STREET
SHARON, PA 16146

**TERMS**
Duty, freight and wharfage are strictly net cash items.
Bill payable upon presentation.
Subject to terms and conditions of service
on reverse side.

| CES | WEIGHT | DESCRIPTION |
|---|---|---|
| 632 | KG | DISPOSABLE LIGHTERS |
| 1 | 1829.0 | 01LAOI05535562000 |

| SHIPPER/CONSIGNEE |
|---|
| SHUNDE HUANQIU LIGHTER CO. |
| NADER ENTERPRISES INC DBA J & D |

| ORIGIN/DESTINATION | CUSTOMER NUMBER |
|---|---|
| H/ KONG | NAEN03 |
| NL YORK, NY | |

| ENTRY NO. | ENTRY DATE |
|---|---|
| 220 1035238-7 | 2 DEC 20 5 |

| AIRLINE/STEAMSHIP | ARRIVAL/DEPARTURE |
|---|---|
| CHINA | 28E  A  1  DEC20 5 |
| | D 22  OCT20 5 |

| AWB/BL NO. | HAWB |
|---|---|
| HKG391931 | |

ARKS:

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| CHINA FOB'S | 884.00 |
| AMS FEE | 35.00 |
| HANDLING SERVICE FEE | 55.00 |
| INSURANCE PREMIUM | 225.88 |
| SPECIAL  HANDLING | 150.00 |
| CARTAGE AND SERVICES FEE | 725.00 |
| FUEL SURCHARGE | 188.50 |
| OCEAN FREIGHT | 4885.00 |
| DUTY SUBJ. TO LIQUIDATION | 2317.13 |

**PLEASE REMIT TO:**
THE JANEL GROUP OF NEW YORK, INC.
P.O. BOX 119
LYNBROOK, NY 11563

According to the Customs regulations Section 111.29, we are notifying
you of the following:
If you are the importer of record, payment to the broker will not relieve
you of liability for Customs charges (duties, taxes, or other debts owed
Customs) in the event that the charges are not paid by the Broker.
Therefore, Customs charges may be paid with a separate check payable
to the "US Customs Service" which shall be delivered to Customs by
the Broker.

| PLEASE PAY THIS AMOUNT | USD 9465.51 |
|---|---|

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS ON REVERSE SIDE.

EL GROUP OF LOS ANGELES, INC. has a policy against payment, solicitation, or receipt of any rebate,
ly or indirectly, which would be unlawful under the United States Shipping Act of 1984.

FILE COPY

J1162

**ENTRY SUMMARY**     Payment Due 4/24/05     Form Approved OMB No. 1515-0065

| | |
|---|---|
| THE JANEL GROUP OF L.A., INC. 220 | |
| 460-A SOUTH HINDRY AVENUE | |
| INGLEWOOD, CA 90301 | |

1. Entry No. **1035238-7**
2. Entry Type Code **01 ABI/A**
3. Entry Summary Date **12/15** 204

4. Entry Date
5. Port Code **1001**
6. Bond No. **458**
7. Bond Type Code **8**
8. Broker / Importer File No. **01LAOI05535562**

9. Ultimate Consignee Name and Address
10. Consignee No. **SAME**
11. Importer of Record Name and Address

NADER ENTERPRISES INC DBA J & D
ENTERPRISES
530 S DOCK STREET
SHARON, PA 16146

12. Importer No. **04-370962900**

ABI Summary Status:
ACCEPTED - RECORDS REQUIRED

**PA**
State

13. Exporting Country **HK**
14. Export Date **10/22/05**
15. Country of Origin **CN**
16. Missing Documents
17. I.T. No.
18. I.T. Date

19. B L or AWB No. **ZIMUHKG391931**
20. Mode of Transportation **11**
21. Manufacturer I.D. **CNSHUHUA5GUA**
22. Reference No.

23. Importing Carrier **ZIM CHINA**
24. Foreign Port of Lading **58201**
25. Location of Goods/G.O. No.

26. U.S. Port of Unlading **1001**
27. Import Date **12/01/05**

E416 MAHER TERM BLDG 2180 CDS
V/F/T # 28E

28. Description of Merchandise

| Line No. | 30. A. T.S.U.S.A. No. B. ADA CVD Case No. | 31. A. Gross Weight B. Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. A. Entered Value B. CHGS C. Relationship | 34. A. T.S.U.S.A. Rate B. ADA/CVD Rate C. I.R.C Rate D. Visa No. | 35. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | | | | | | Dollars | Cents |
| | | 632 CTNS | | NOT RELATED | | | |
| 001 | POCKET LIGHTERS: GAS N/ | INVOICE 1 | | | AP002 | | |
| | 9613.10.0000 | 11829 | REF 632000 NO | 27800 | 8% | 2224 | 00 |
| | MERCHANDISE PROCESSING FEE | | | C4885 | .21% | 58 | 38 |
| | I.V. | 27799.60 USD | | | | | |
| | ADJ VALUE | 27800.00 | | | | | |

J1163

BLOCK 39 SUMMARY:
MPF            499          58.38
HMF            501          34.75
TOTAL:                      93.13
TOTAL ENTERED VALUE        27800

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the [ ] importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR [ ] owner or purchaser or agent thereof.

I further declare that the merchandise [X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

**U.S. CUSTOMS USE**

| A. Liq. Code | B. Ascertained Duty | TOTALS | |
|---|---|---|---|
| | | 37. Duty | 2224.00 |
| C. Ascertained Tax | | 38. Tax | |
| D. Ascertained Other | | 39. Other | 93.13 |
| E. Ascertained Total | | 40. Total | 2317.13 |

41. Signature of Declarant, Title, and Date

12/01/05
ATTY-IN-FACT

Customs Form 7501 (12/01)

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

Form Approved
OMB No. 1651-0024

# ENTRY/IMMEDIATE DELIVERY

THE JANEL GROUP OF L.A.,INC.,
960-A SOUTH HINDRY AVENUE
INGLEWOOD, CA 90301

ABI CERTIFIED
COND RELEASE SPEC DOCUMENT REVIEW

BOX NO.

19 CFR 142.3, 142.16, 142.22, 142.24    CST. 204

| 1. ARRIVAL DATE | 2. ELECTED ENTRY DATE | 3. ENTRY TYPE CODE/NAME | 4. ENTRY NUMBER |
|---|---|---|---|
| 120105 | 120205 | 01   CNSMPTN-FR | 220-1035238-7 |
| 5. PORT | 6. SINGLE TRANS. BOND | 7. BROKER/IMPORTER FILE NUMBER | |
| 1001 | | 01LA0105 535562 000 | |
| | 8. CONSIGNEE NUMBER | | 9. IMPORTER NUMBER |
| | 04-370962900 | | SAME |

10. ULTIMATE CONSIGNEE NAME
WADER ENTERPRISES INC DBA J & D
ENTERPRISES
530 S DOCK STREET
SHARON  PA 16146

11. IMPORTER OF RECORD NAME
SAME

| 12. CARRIER CODE | 13. VOYAGE/FLIGHT/TRIP | 14. LOCATION OF GOODS-CODE(S)/NAME(S) |
|---|---|---|
| ZIMU ZIM CONTAINER LIN | 28E | E416        MAHER TERM BLDG 2180 CDS |

15. VESSEL CODE/NAME
ZIM CHINA

| 16. U.S. PORT OF UNLADING | 17. MANIFEST NUMBER | 18. G.O. NUMBER | 19. TOTAL VALUE |
|---|---|---|---|
| 1001 | | | 27800 |

20. DESCRIPTION OF MERCHANDISE
DISPOSABLE LIGHTERS

| 21. IT/BL/AWB CODE | 22. IT/BL/AWB NO. | 23. MANIFEST QUANTITY | 24. H.S. NUMBER | 25. COUNTRY OF ORIGIN | 26. MANUFACTURER NO. |
|---|---|---|---|---|---|
| W58201 | ZIMUHKC391931 | 532 | 9613100000 | CN | CNSHUHUIASGUA |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## 27. CERTIFICATION

I hereby make application for entry/immediate delivery. I certify that the above information is accurate, the bond is sufficient, valid, and current, and that all requirements of 19 CFR Part 142 have been met.

SIGNATURE OF APPLICANT

X          THE JANEL GROUP    ATTORNEY
                                IN-FACT

PHONE NO. 310-670-7623    DATE
FAX  3106458516           12/02/05

## 28. CBP USE ONLY

☐ OTHER AGENCY ACTION REQUIRED, NAMELY:

RELEASED -- ELECTRONIC INVOICED ENTRY

☐ CBP EXAMINATION REQUIRED.

☐ ENTRY REJECTED, BECAUSE:

I CERTIFY THAT PROPER RELEASE FOR
THIS CARGO HAS BEEN RECEIVED FROM
U.S. CUSTOMS

29. BROKER OR OTHER GOVT. AGENCY USE
GSLU2015074.

EXAM SITE:E416 MAHER TERM BLDG 2180

| DELIVERY AUTHORIZED: | SIGNATURE | DATE |
|---|---|---|

COMPANY: THE JANEL GROUP OF L.A.,INC.
         ATTY-IN-FACT
AUTHORIZED BY:

RELEASE TIME/DATE  8:25  12/02/05

J1164

Paperwork Reduction Act Notice: This information is to determine the admissibility of imports into the United States and to provide the necessary information for the examination of the cargo and to establish the liability for payment of duties and taxes. Your response is necessary. The estimated average burden associated with this collection of information is 15 minutes per respondent depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to Bureau of Customs and Border Protection, Information Services Branch, Washington, DC 20229, and to the Office of Management and Budget, Paperwork Reduction Project (1651-0024), Washington, DC 20503.

ABI DISPOSITION: COND RELEASE SPEC DOCUMENT REVIEW

CBP Form 3461 (01/89)



# Asiapac Group
## Asiapac Development Limited
## 汎泰發展有限公司

# COMMERICAL INVOICE

| Custome : | J & D ENTERPRISES | Invoice No. | : | AP002 |
| | | Invoice Date | : | 29 October 2005 |

**Bill To :**
J & D ENTERPRISES
530 SOUTH DOCK STREET,
SHARON, PA 16146, U.S.A.

**Ship To :**
J & D ENTERPRISES
530 SOUTH DOCK STREET,
SHARON, PA 16146, U.S.A.

Tel. No. : 724-342-7978
Fax No. : 724-342-7969

Vessel/Flight : ZIM VIRGINIA/12E
Shipping Mark : J&D C/NO.1040
From : TRANSHIPMENT FROM SHENZHEN

Shipment & Payment Term : FCA SHENZHEN, CHINA
Shipping Port : NEW YORK, U.S.A.
To : NEW YORK, U.S.A.
Counrtry of Origin : CHINA

| Items | Description 9613100000 | Quantity | US $ Unit Price | US $ Amount |
|---|---|---|---|---|
| J&D | Large Big Disposable Lighter with 5 Solid Color | 456,000 | 0.04705 | 21,454.80 |
| C/No.1040 | Small Big Disposable Lighter with 5 Solid Color | 176,000 | 0.03605 | 6,344.80 |
| | By Carton, 50pcs per box, 10 pcs in each color displayed on a plastic tray, | | | |
| | 20 Boxes per Carton, 1000 pcs/Carton, 632 Cartons in 20' Container. | | | |
| | UN No.#1057 | | | |
| | Class No.#2.1 | | | |
| | Flash Point#55 | | | |
| | EMS#2-13 | | | |

**Remarks**
FCL/LCL International, Inc. Booking Number USNYC-HKG1360915
Bill of Lading No. HKGNYC500630

Total Amount : US$27,799.60

Say Amount : USD TWENTY SEVEN THOUSAND SEVEN HUNDRED NINTY NINE DOLLAR AND SIXTY CENTS ONLY.

Authorized Signature

J1165

Address : Unit 604, Nanyang Plaza, 57 Hung To Road, Kwun Tong, Kowloon Hong Kong
Tel. No. : (852) 31010400
Fax No. : (852) 31010404



中國檢驗有限公司
CHINA INSPECTION COMPANY LIMITED

副本
COPY

香港干諾道中 168-200 號
信德中心東翼 29 樓
29/F, East Tower, Shun Tak Centre
No.168-200 Connaught Road Central
Hong Kong
Tel: 2503 1011, 2807 9200
Fax:2578 4670, 2578 5574
Website: http://www.cichk.com

編號
No. **BC05-006948**

日期
Date: **26th Oct., 2005**

# TEST REPORT

## REPORT ON THE TAKEN SAMPLES OF LIGHTERS

| | |
|---|---|
| **APPLICANT** | The Janel Group of Hong Kong Limited |
| **SAMPLE DESCRIPTION** | Gas lighter with a transparent plastic gas tank, wind guard and flame adjustment mechanism. |
| **QUANTITY** | **100 pieces** |
| **SAMPLING DATE** | **October 25, 2005** |
| **TESTING PERIOD** | **October 25, 2005** |
| **TEST REQUEST** | As requested by client:<br>- Resistance to dropping (1.5±0.1m)<br>- Resistance to elevated temperature (55℃)<br>- Resistance to internal pressure (1.5MPa) |
| **TEST METHOD** | With reference to ISO/DIS 9994 |

**RESULTS**

### 1. Visual Examination

The external conditions of disposable gas lighters were in apparent good condition.

There were no more than 70ml of liquid lighter gas in lighter.

The liquid portion of the gas did not exceed 85% of the volume capacity of each fluid chamber at 15 degree Celsius.

Page 1

Notes: This inspection or survey is carried out consciententiously to the best of our knowledge, ability and belief without any prejudice. This certificate does not in any respect release the sellers and other related parties from their contractual and legal obligations.


### 2. Resistance to dropping

Lighters are capable of withstanding three separate (1.5± 0.1m) drops without fuel reservoir rupture, fragmentation, without sustained self-ignition.

### 3. Resistance to elevated temperature

Lighters are capable of withstanding a temperature of 55℃ for 4 hours.

### 4. Resistance to internal pressure

Lighters are capable of withstanding an internal pressure of twice the vapour pressure at 55℃ of the fuel.

### REMARKS:

The results of test should be considered as an Acceptable Quality Level (AQL) of the consignment of dangerous goods stowed in the container involving the following shipping-related information:

| | | |
|---|---|---|
| Quantity | : | 632 cartons |
| Shipping marks | : | J & D |
| Container no. | : | GSLU 201507-4 (20') |
| S/O no. | : | USNYC-HKG1360915 |
| Carrier | : | Sun Hing Shipping Co., Ltd. |
| Shipment | : | From Hong Kong to New York |
| | | Per M/V "ZIM CHINA" V. 28E |

**This Report** is given to the best of our knowledge, belief and faith without prejudice, and our intervention does not release the sellers / buyers / carriers / underwriters from their contractual obligations.

\*    \*    \*    \*    \*

中國檢驗有限公司
CHINA INSPECTION CO., LTD.

_Chief Inspector_

Page 2

# FCL / LCL International, Inc.

| | |
|---|---|
| SHIPPER (Principal or Seller Licensee and Address)<br>SHUNDE HUANQIU LIGHTER MANU., CO., LTD.<br>5 TIANHE INDUSTRIAL BASE, RONGBIAN<br>MANAGEMENT AREA, GIUZHOU TOWN, SHUNDE,<br>GUANGDONG, CHINA.<br>TEL:86-757-28383166  FAX:86-757-28302983 | BOOKING NUMBER<br>USNYC-HKG1360915 · BILL OF LADING NO.<br>HKGNYC500630<br>EXPORT REFERENCES<br>JJG05HKG100070 |
| CONSIGNEE (Non-Negotiable unless consigned to order)<br>J&D ENTERPRISES<br>330 SOUTH DOCK STREET,<br>SHARON, PA 16146, USA<br>PHONE:724-342-7978 FAX:724-342-7969 | FORWARDING AGENT (References) |
| | POINT AND COUNTRY OF ORIGIN<br>HONG KONG, HK |
| NOTIFY PARTY/INTERMEDIATE CONSIGNEE (Name and Address)<br>SAME AS CONSIGNEE | ROUTING INSTRUCTIONS<br>THE JANEL GROUP OF LOS ANGELES, INC.<br>460A HINDRY AVENUE<br>INGLEWOOD, CA 90301 U.S.A. |
| PIER<br>PLACE OF RECEIPT: HONG KONG, HK | |
| EXPORT CARRIER (Vessel, Voyage & Flag)<br>ZIM CHINA/28E · PORT OF LOADING<br>HONG KONG, HK | TO OBTAIN DELIVERY CONTACT |
| PORT OF DISCHARGE<br>NEW YORK, NY, US · FOR TRANS-SHIPMENT TO<br>NEW YORK, NY, US | |

| MARKS AND NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS<br>Particulars furnished by Shipper | KGS<br>GROSS WEIGHT | CBM<br>MEASUREMENT |
|---|---|---|---|---|
| GSLU2015074/353842/20'GP/(CY/CY)/632CARTONS/11,829.000KGS/24.000CBM<br>DETAIL AS PER ATTACHMENT | | | | |

ORIGINAL

TELEX RELEASE

TOTAL: 1 X 20'GP CONTAINER(S) ONLY

SERVICES CY/CY

| FREIGHT RATES, CHARGES, WEIGHTS AND/OR MEASUREMENTS<br>SUBJECT TO CORRECTION | PREPAID | COLLECT |
|---|---|---|
| FREIGHT COLLECT | | |
| | | |
| | | |
| TOTAL PREPAID | | |
| TOTAL COLLECT | | |

RECEIVED BY CARRIER. The goods, or the containers, vans, trailers, pelletized units or other packages said o contain the good herein mentioned, in apparent outward good order and condition unless otherwise indicated to be transported and delivered to transhipped herein provided.

The receipt, custody, carriage delivery and trans shipping of the goods are subject ot the terms appearing on the face and back hereof, as well as the provisions contained in the filed freight tariff.

In witness whereof the carrier by its agent has signed 3 bills of lading, all of the same tenor and date, one of which being accomplished, the others to stand void.

DATED AT   10/29/2005

THE JANEL GROUP OF HONG KONG LTD.
BY

AGENT FOR THE CARRIER
SHIPPED ON BOARD

No. of Original B (s) / L        10/29/2005
THREE (3)

J11608

THE JANEL GROUP
For and on behalf of
THE JANEL GROUP OF HONG KONG LTD.

Authorized Signature(s)

# Attachment

| VESSEL NAME | ZIM CHINA |
| VOYAGE NO. | 28E |
| PORT OF LOADING | HONG KONG, HK |
| PORT OF DISCHARGE | NEW YORK, NY, US |
| PLACE OF DELIVERY | NEW YORK, NY, US |

| Marks and Nos. | No. of Containers or Packages, description of goods (please specify the appropriate form of packages) | Gross Weight (KGS) | Measurement (CBM) |
| --- | --- | --- | --- |
| | SHIPPER'S LOAD, COUNT AND SEAL | | |
| | 1 X 20' SAID TO CONTAIN 632 CARTONS | | |
| J&D | 632      LARGE DISPOSABLE LIGHTER WITH 5 | 11829.000KGS | 24.000CBM |
| C/NO.632 | CARTONS  SOLID COLOR | | |
| | (456CTNS/9576.00KGS/19.00CBM) | | |
| | SMALL DISPOSABLE LIGHTER WITH 5 | | |
| | SOLID COLOR | | |
| | (176CTNS/2253.00KGS/5.00CBM) | | |
| | | | |
| | UN NO.#1057 | | |
| | IMDG CLASS NO.#2.1 | | |
| | PAGE NO.2154 | | |
| | FLASH POINT#55 | | |
| | EMS : 2-13 | | |
| | | | |
| | "TRANSHIPMENT FROM SHENZHEN TO NEW | | |
| | YORK VIA HONG KONG" | | |
| | NO WOOD PACKAGING MATERIAL IS | | |
| | USED IN THE SHIPMENT | | |

* END OF ATTACHMENT *

J1169

```
              ***                    ***
            *  ARRIVAL NOTICE/INVOICE  *
              ***                    ***
```

THE JANEL GROUP OF L.A.,INC.
460-A SOUTH HINDRY AVENUE
INGLEWOOD, CA 90301

Phone:310/670-7623 FAX#:3106458516

INVOICE #: LAX596231100
Date: 30 NOV 2005   Acct: JAGR03

---------- Invoice To ----------
THE JANEL GROUP OF LA INC.
460A HINDRY AVE
INGLEWOOD, CA 90301

---------- Consign To ----------
NADER ENTERPRISES INC DBA J & D
ENTERPRISES
530 S DOCK STREET
SHARON, PA 16146

---------- Shipper --------------
SHUNDE HUANQIU LIGHTER CO.

| Our Reference No. | Container Number | Out of Container Number |
|---|---|---|
| 01LABB05903096001 | GSLU 2015074   20FT | |

-----Marks----- Description Cargo-------------
DISPOSABLE LIGHTERS
Pcs/Type:     632   PCS
Weight:    11829.0   K
CBM:        .000

Vessel: ZIM CHINA                 Carrier: ZIM CONTAINER LINE
Voyage/Flight: 28E                Port Of Lading: HONG KONG
Date Exported: 22 OCT 2005        Ctry Of Export: HONG KONG
Utl Dest: NEW YORK/NEW JERSEY     Port Of Unlading: NEW YORK

    Master/House Bill#       Location of Goods-Contact for Availability
M: ZIMUHKG391931      E416   MAHER TERM BLDG 2180 CDS
H: *                         BAY AVE
                             ELIZABETH, NJ, 07201

ETA/Arrival   Free Time Expires     IT Number     IT Date   IT Port
01 DEC 2005
                                     { Charges on this Shipment }
We will release our delivery order to
you, your authorized representative     HANDLING/TRANSFER          55.00
or your Custom House Broker Against:    AMS FEE                    35.00
                                        OCEAN FREIGHT            4885.00
                                        FOB CHARGES              884.00
_  Original Bill of Lading or Original
   Forwarders Certificate of Transport

X  Your check for charges as per Attached

_  Your certified Check for COD

_  See Below

                                        Invoice Total USD          5859.00

                                        Documents Enclosed

                    J1170

Please Note: Failure or delay in taking possession and delivery within
allotted free time will result in demurrage or possible general order stora
These charges if incurred will be for the account of the cargo owner.Vessel
and arrival dates are subject to change.THE JANEL GROUP OF LOS ANGELES INC.
declines any liability once the initial notification has been made.

# MUTUAL MARINE OFFICE, INC.

### 919 THIRD AVENUE - 10TH FLOOR, NEW YORK, N.Y. 10022

## SPECIAL MARINE POLICY

$ US. $30,117.00 ............................................................ No. MM0066918

This is to certify, that on 12/01/2005 ..................................................................... MUTUAL MARINE OFFICE, INC.,

as attorney-in-fact for NEW YORK MARINE AND GENERAL INSURANCE COMPANY .................................................

*(Hereafter referred to as "Underwriters")*

Insured, under and subject to conditions of Open Policy No. 29025MC505 .................................................

Made for Nader Enterprise ...............................................................................................................................

and special conditions of the Policy below $30,117.00 ....................................................................................

thirty thousand one hundred seventeen and 00/100 .......................................................................................

On New Hazardous Materials / Disposable Lighters .......................................................................... Dollars

Reference 535562 ...........................................................................................................................................

Valued at $30,117.00 .......................................................................................................... Under Deck

Shipped on Board Zim China 28E ............... Bill of Lading # ZIMUHKG391931 .......... Sailing or B/L Date 12/01/2005

At and from China ........................................................................ via

To U.S.A. .......................................................................................................................................................

It is understood and agreed that in case of the loss the same is payable to Assured or Order.

Coverage for shipments to/from Africa (excluding South Africa) ceases upon safe discharge from ocean vessel or safe arrival at airport.

PERILS: Touching the adventures and perils which this company is contented to bear, and take upon itself, they are of the seas, fires, assailing thieves, jettisons barratry of the Master and Mariners, and all other like perils, losses and misfortunes that have or shall come to the hurt, detriment or damage of the said goods and merchandise, or any part thereof, except as may be otherwise provided for herein or endorsed hereon.

AVERAGE TERMS AND CONDITIONS: ON Deck and Subject to an "On Deck" Bill of Lading – (which must be so declared by the Assured): Free of Particular Average unless caused by the vessel being stranded, sunk, burnt, on fire or in collision, but including jettison and/or washing overboard irrespective of percentage.

Except while subject to terms of an "On Deck: Bill of Lading: Against all risks of physical loss of or damage to the property insured from any external cause, irrespective of percentage, excluding, nevertheless, all risks of loss or damage excluded by the F.C. & S. (Free of Capture and Seizure) warranty and Strikes, Riots and Civil Commotions Warranty.

Insured 'All Risk' Subject to full compliance with ADR, RID, IATA, IMDG for assigned Class. Further excluding loss or damage caused by collapsing of drums and/or pails.

Not valid unless countersigned by an authorized representative of the Assured or Mutual Marine Office, Inc.

*George R. Trumbull*

Countersigned by ....................................................................

Mutual Marine Office, Inc.
Attorney-in-fact for Underwriters Designated

The Clauses on the Reverse Side of this Policy are made a part of this Policy.

THIS POLICY ISSUED IN DUPLICATE ONE BEING ACCOMPLISHED THE OTHER TO STAND VOID

96 P-03

J1141 ........... ARM Acct #: LAX2001

The following Warranties shall be paramount and shall not be modified or superseded by any other provision included herein or stamped or endorsed hereon unless such other provision refers specifically to the risks excluded by these warranties and expressly assumes the said risks: -

Notwithstanding anything herein contained to the contrary, this insurance is warranted free from capture, seizure, arrest, restraint, detainment, confiscation, preemption, requisition or nationalization, and the consequences thereof or any attempt thereat whether in time of peace or war, from all loss, damage or expense caused by any weapon of war employing atomic or nuclear fission and/or fusion or other reaction or radioactive force or matter or by any mine or torpedo, also warranted free from all consequences of hostilities or warlike operations (whether there by a declaration of war or not), but this warranty shall not exclude collision or contact with aircraft, rockets or similar missiles or with any fixed or floating object (other than a mine or torpedo), stranding, heavy weather, fire or explosion unless caused directly (and independently of the nature of the voyage or service which the vessel concerned or, in the case of a collision, any other vessel involved therein, is performing) by a hostile act by or against a belligerent power, and for the purposes of this warranty "power" included any authority maintaining navel, military or air forces in association with a power.
  Further warranted free from the consequences of civil war, revolution, rebellion, insurrection, or civil strife arising therefrom, or piracy.
  Warranted free of loss or damage caused by or resulting from strikes, lockouts, labor disturbances, riots, civil commotions or the acts of any person or persons taking part in any such occurrence or disorder.

  The following clauses are made a part of this policy.
  Warranted by the Assured that the interest insured under this certificate shall be loaded under deck (i.e. below main deck) unless otherwise specifically agreed in writing hereon.
  Unless otherwise provided herein, underwriters shall not be liable for leakage of molasses or other liquids, or for breakage of merchandise (neither of which shall be treated as particular average within the meaning of any franchise in this Policy or any rider thereon) unless occasioned by stranding or collision with another vessel.
  Warranted by the Assured free from damage or injury from dampness, change of flavor, or decay or from being spotted, discolored, musty or moldy, unless caused by actual contact of sea water with the articles damaged, occasioned by sea perils.
  Warranted free of claim for loss, damage or expense in consequence of any prohibition, restriction or embargo of or by any Government or of any violation or attempted violation thereof.

  This insurance attaches from the time the goods leave the Warehouse and/or Store at the place named in the policy for the commencement of the transit and continues during the ordinary course of transit; including customary transshipment, if any, until the goods are discharged overside from the overseas vessel at the final port. Thereafter the insurance continues whilst the goods are in transit and/or awaiting transit until delivered to final warehouse at the destination named in the policy or until the expiry of 15 days (or 30 days if the destination to which the goods are insured is outside the limits of the port), whichever shall first occur. The time limits referred to above to be reckoned from midnight of the day on which the discharge overside of the goods hereby insured from the overseas vessel is completed. Held covered at a premium to be arranged in the event of transshipment, if any, other than as above and/or in the event of delay in excess of the above time limits arising from circumstances beyond the control of the Assured.

NOTE: IT IS NECESSARY FOR THE ASSURED TO GIVE PROMPT NOTICE TO UNDERWRITERS WHEN HE BECOMES AWARE OF AN EVENT FOR WHICH HE IS "HELD COVERED" UNDER THIS POLICY AND THE RIGHT TO SUCH COVER IS DEPENDENT ON COMPLIANCE WITH THIS OBLIGATION.

  In case of any loss or misfortune, it shall be lawful and necessary to and for the Assured, his or their factors, servants and assigns, to sue, labor and travel for, in and about the defense, safe-guard and recovery of the said goods and merchandise, or any part thereof, without prejudice to this insurance; nor shall the acts of the Assured or Assurers, in company will contribute according to the rate and quantity of the sum hereby insured.

  Where goods are shipped under a bill of lading containing the so-called "Both-to-Blame Collision" Clause underwriters agree as to all losses covered by this insurance, to indemnify the Assured for any amount (up to the amount insured) which the Assured may be legally bound to pay to the shipowners under such clause. In the event such liability is asserted the Assured agrees to notify underwriters who shall have the right, at its own cost and expense, to defend the Assured against such claims.

  This insurance is subject to the following current American Institute Clauses:

Amended F.C. & S. Warranty
Marine Extension Clauses (April 1943)
S.R. & C.C. Endorsement
War Risk Insurance

Craft, etc. (April 1947)
Bill of Lading, etc. (April 1947)
Deviation (April 1947
General Average (1947)

  and when goods so destined, to the following
      60 days South American Endorsement

  IT IS A CONDITION OF THIS INSURANCE that any loss of or damage to the interest hereby insured must be promptly reported to the representative of the American Institute of Marine Underwriters (or to Lloyd's Agent if nearer to such port or place) and his approval obtained on all proofs of loss and bills of expense.
  ALL CLAIMS HEREUNDER shall be submitted for approval to, and be adjusted by, Mutual Marine Office, Inc., and upon authentication, will be paid at the CURRENT RATES OF EXCHANGE.

  CLAIMS TO BE ADJUSTED according to the usages of Lloyd's London, but subject to the condition of the Policy and Contract of Insurance.
  IT IS A CONDITION OF THIS INSURANCE that no suit or action for the recovery of any claim arising under this Policy shall be maintainable in any Court, unless such suit or action shall have been commenced within two years from the date of the happening of the loss out of which the said claim arose; provided, however, that if , by the laws of the State within which this Policy is issued, such limitation is invalid, then any such claim shall be void unless action is commenced within the shortest limit of time permitted by the laws of such State of be fixed herein.

  NOTICE: TO CONFORM WITH the Revenue Laws of Great Britain, in order to collect a claim under this Certificate, it must be stamped within ten days after its receipt in the United Kingdom.

  IMPORTANT NOTICE – Any apparent loss or damage or irregularity of a shipment should be noted on receipt given the carrier, and preliminary claim should be filed with them in writing immediately. When survey is held to ascertain loss or damage the carrier should be given the opportunity of being represented and claim for the actual loss must be filed against the carrier in writing. Copies of notation on receipts and correspondence in connection with claim against carrier must form part of proof of loss under this policy.

SETTLING AGENTS

NOTICE TO THESE ASSURERS in accordance with provisions of this policy may be given to the nearest Settling Agent designated below or to Mutual Marine Office, Inc., 913 Third Avenue - 10th Floor, N.Y., N.Y. 10022, U.S.A. If there is no agent of this company in the vicinity, apply for survey of loss, or damage to the nearest correspondent of the American Institute of Marine Underwriters or Lloyd's Agent.

| LONDON | ........ American Foreign Ins. Ass'n | RIO DE JANEIRO | ........ A.F.I.A. do Brasil (Repr. E. Adm.) |
| ROME | ........ American Foreign Ins. Ass'n S.A.I. | TOKYO | ........ A.F.I.A. Finance Corp. |

51172

PICK UP/DELIVERY ORDER

| | |
|---|---|
| THE JANEL GROUP OF L.A.,INC.<br>460-A SOUTH HINDRY AVENUE<br>INGLEWOOD, CA 90301<br><br>3106707623<br>As Agents For:NADER ENTERPRISES INC DBA J! | Date:12/02/05    Page:   1<br>Our Ref#:01LAOI05535562000-01<br><br>OPS DEPT. |

| Importing Carrier | Vyg/Flt | From Port/Origin Airport |
|---|---|---|
| ZIM CONTAINER LINE<br>ZIM CHINA | 28E | NEW YORK, NY |

| Arrival Date | Free Time Exp. | Location MAHER TERM BLDG 2180 CDS |
|---|---|---|
| 12/01/05 | 0/00/00 | BAY AVE<br>ELIZABETH. NJ 07201 |

| Entry Number | Customer Reference # | BL or AWB Number | HAWB Number |
|---|---|---|---|
| 220 1035238 7 | | ZIMUHKG391931 | |

Trucking Company                P#7329358400
INTERMODAL MANAGEMENT SYSTEMF#7329359555
170 PATTERSON AVENUE

SHREWSBURY NJ 07702
                         is authorized to
pick up the merchandise indicated below:
******** Deliver by   0/00/00  To  ********
EAST END EXPEDITING
3300 VETERANS HIGHWAY
BOHEMIA, NY  11716

PHN (631)471-0000

| | Packages | Weight |
|---|---|---|
| | 632 CTNS | 11829 K<br>26078 L |

Article Descriptions / Container Nos. / Special Marks & Nos. / Exceptions

U.S. Customs cleared 12/02/05.
DISPOSABLE LIGHTERS.
Container numbers:
GSLU2015074 632 CTNS Kg 11829 20FT, FCL

*****UN NO. 1057 - CLASS 2.1 - FLASHPOINT 55 - EMS#2-13*****


**********************************************************
PLS CONFIRM AVAILABILITY W/PIER PRIOR TO P/U. IF ANY PROBLEM
NOTIFY THE JANEL GROUP IMMEDIATELY.
FAILURE OF CARRIER TO NOTIFY OUR OFFICE OF CARGO BEING
DETAINED AT TERMINAL WILL RESULT IN CARRIER BEING
RESPONSIBLE FOR ALL DEMURRAGE/STORAGE CHARGES BEING INCURRED
**********************************************************



| F
GHT CHARGES > PREPAID | Received in good order<br>Date:            Time: |
|---|---|
| Per:<br>ADDIE GRILLO              Ext# 3004 | By: |

J1173

ZIM LINES
5801 LAKE WRIGHT DRIVE
NORFOLK, VA 23502

A R R I V A L   N O T I C E
===========================

```
*********************************************************************
ZIM HAS ENHANCED IT'S WEB SITE TO PROVIDE YOU WITH UP-TO-DATE STATUS AND
TRACKING INFORMATION. GO TO WWW.ZIM.CO.IL, CHOOSE TRACING THEN U.S. STATUS.
*********************************************************************
```

Vessel                : ZIM CHINA 28/E
Bill of lading        : ZIMUHKG391931
Load port             : HONG KONG
Load date             : 11/05/2005
Discharge port        : NEW YORK
Discharge date        : 12/01/2005   ( Estimated )
Manifest destination  : NEW YORK
Carrier destination   : MAHER TERMINAL (973-376-7621)
Shipper               : THE JANEL GROUP OF HONG KONG LTD.
Consignee             : THE JANEL GROUP OF LOS ANGELES, INC
Notify                : THE JANEL GROUP OF LOS ANGELES, INC
Type of delivery      : HOUSE TO HOUSE
Total prepaid         : 4430.36
                                    Total due : 0.00
                                    Please call for information.
House B/ls            : ZIMUHKG960010412
Total containers      : 1
Total weight (LBS)    : 26078
Total packages        : 632

| Container # | Size | Type | Weight (Lbs) | Pkgs |
| --- | --- | --- | --- | --- |
| 1. GSLU2015074 | 20 | DV | 26078 | 632 CTN |

Cargo description :
  456 CTNS LARGE DISPOSABLE          LIGHTER WITH 5 SOLID
        COLOR 176 CTNS SMALL DISPOSABLE
        LIGHTER WITH 5 SOLID          COLOR UN NO.#1057
  IMDG CLASS NO.#2.1 PAGE NO.2154 FLASH POINT#55 EMS: 2-13
  "TRANSHIPMENT FROM SHENZHEN TO NEW YORK VIA HONG KONG"

Effective May 1,2005 Free time for all containers will be 4 days instead
of 5 at port of discharge. All reefer containers will remain at 2 days free
time at port of discharge.

Zim's demurrage rates at port of discharge are as follows :
All types of equipment excluding reefers 1-4 days $100.00 a day per container.
5 days and over $140.00 a day per container, 10 days and after $295.00.
Reefer rates 1-3 days are $300.00 a day per container, 4 days and after $460.00
per day per container.

Contact name          : Customer Service
Telephone number      : 866-744-7046
Fax number            : 866-696-3583
E-mail                : zimimp@us.zim.com

51174

 **ZIM-American Israeli Shipping Co., Inc.**

JANEL GROUP OF          Fax : 310-258-8556

ZIM LINES
5801 LAKE WRIGHT DRIVE
NORFOLK, VA 23502

A R R I V A L      N O T I C E
============================

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ZIM HAS ENHANCED IT'S WEB SITE TO PROVIDE YOU WITH UP-TO-DATE STATUS AND
TRACKING INFORMATION.  GO TO WWW.ZIM.CO.IL, CHOOSE TRACING THEN U.S. STATUS.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Vessel                 : ZIM CHINA 28/E
Bill of lading         : ZIMUHKG391931
Load port              : HONG KONG
Load date              : 11/05/2005                        _Revised_
Discharge port         : NEW YORK                          12-01-05
Discharge date         : 11/29/2005    ( Estimated )
Manifest destination   : NEW YORK                          E411V
Carrier destination    : MAHER TERMINAL (973-376-7621)
Shipper                : THE JANEL GROUP OF HONG KONG LTD.
 nsignee               : THE JANEL GROUP OF LOS ANGELES, INC
 ɔtify                 : THE JANEL GROUP OF LOS ANGELES, INC
Type of delivery       : HOUSE TO HOUSE
Total prepaid          : 4430.36            Total due : 0.00
                                            Please call for information.
House B/ls             : ZIMUHKG960010412
Total containers       : 1
Total weight (LBS)     : 26078
Total packages         : 632

     Container #   Size  Type  Weight (Lbs)  Pkgs
     ---------------------------------------------
  1. GSLU2015074   20    DV    26078         632 CTN

Cargo description :
 456 CTNS LARGE DISPOSABLE          LIGHTER WITH 5 SOLID
          COLOR 176 CTNS SMALL DISPOSABLE
          LIGHTER WITH 5 SOLID           COLOR UN NO.#1057
 IMDG CLASS NO.#2.1 PAGE NO.2154 FLASH POINT#55 EMS: 2-13
 "TRANSHIPMENT FROM SHENZHEN TO NEW YORK VIA HONG KONG"

Effective May 1,2005 Free time for all containers will be 4 days instead
of 5 at port of discharge. All reefer containers will remain at 2 days free
time at port of discharge.

Zim's demurrage rates at port of discharge are as follows :
 ll types of equipment excluding reefers 1-4 days $100.00 a day per container.
 5 days and over $140.00 a day per container, 10 days and after $295.00.
Reefer rates 1-3 days are $300.00 a day per container, 4 days and after $460.00
per day per container.                   J1175

Contact name           : Customer Service

Telephone number      : 866-744-7046
Fax number            : 866-696-3583
E——il                 : zimimp@us.zim.com

* IN ORDER TO SERVICE YOU BETTER, KINDLY PROVIDE US WITH YOUR E-MAIL ADDRESS *

J1146

# THE JANEL GROUP OF HONG KONG LIMITED

## Pre-Alert

| | |
|---|---|
| Job No. | JJG05HKG1OO070 |
| Vessel Name: | ZIM CHINA |
| Voyage: | 28E |
| Destination: | NEW YORK |
| ETD HKG: | 29-Oct |
| ETA NYC: | 29-Nov |
| Container Number: | GSLU2015074 |
| Seal Number: | 353842 |
| Co-loader: | ZIM-AMERICAN ISRAEL SHIPPING CO., LTD.   TEL : 718-313-1950   FAX : 718-313-1939 |
| Co-loader B/L No.: | ZIMUHKG391931 |

| House Bill of Lading# | Shipper | Consignee | No. of Pkgs | P.O. No | Measurement (cbm) | Weight (kg) |
|---|---|---|---|---|---|---|
| HKGNYC500630 | SHUNDE HUANQIU LIGHTER MANU., CO., LTD. | J & D ENTERPRISES | 632 | | 24.00 | 11829.00 |

**Attached please find copies of House Bill of Lading & Co-loader Bill of Lading for your reference.

J1177

# BILL OF LADING

ZIM INTEGRATED SHIPPING SERVICES LTD    ZZI    ZIM CONTAINER SERVICE

| SHIPPER/EXPORTER (NAME & ADDRESS) | BOOKING No. | | BILL OF LADING No. |
|---|---|---|---|
| THE JANEL GROUP OF HONG KONG LTD. ROOM 1301-02, AUSTIN TOWER, 22-26 AUSTIN AVENUE, TSIMSHATSUI, HONG KONG | HKHKG/USNYC | | ZIMUHKG391931 |

EXPORT REFERENCES   HKG1360915

**PAYMENT OF FREIGHT AND CHARGES AS PER THE TERMS AND CONDITIONS OF ZIM'S BILL OF LADING CLAUSE NUMBER 18.

FORWARDING AGENT F.M.C. No.

| CONSIGNEE (NAME & ADDRESS) | |
|---|---|
| THE JANEL GROUP OF LOS ANGELES, INC. 460A HINDRY AVENUE INGLEWOOD, CA 90301 U.S.A. | |
| (B/L NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | POINT AND COUNTRY OF ORIGIN ( FOR MERCHANT'S REFERENCE ONLY ) |

| NOTIFY (NAME & ADDRESS) | REMARKS/EXPORT OR OTHER INSTRUCTIONS |
|---|---|
| THE JANEL GROUP OF LOS ANGELES, INC. 460A HINDRY AVENUE INGLEWOOD, CA 90301 U.S.A. | |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT OF GOODS (IF CONTRACTED FOR) |
|---|---|
| ZCH-22E | |
| LOADING VESSEL •   VOY. • | PORT OF CALL • |
| ZIM CHINA   28/E | HONG KONG |
| PORT OF DESTINATION • | FINAL DESTINATION • (IF CONTRACTED FOR) |
| NEW YORK (NY) | |

FURTHER ROUTING (AT MERCHANT'S EXPENSE, RISK AND RESPONSIBILITY)

**SHIPPER'S LOAD STOWAGE & COUNT**   PARTICULARS AS FURNISHED BY SHIPPER

| MKS & NOS./CONT.NOS. | DESCRIPTION OF GOODS | WEIGHTS | MEASUREMENT |
|---|---|---|---|
| CY/CY GSLU2015074 20'xDV 353842 J&D C/NO.632 | 456 CTNS LARGE DISPOSABLE LIGHTER WITH 5 SOLID COLOR 176 CTNS SMALL DISPOSABLE LIGHTER WITH 5 SOLID COLOR ZIM HOUSE B/L# ZIMUHKG960010412UN NO.#1057 INDG CLASS NO.#2.1 PAGE NO.2154 FLASH POINT#55 EMS: 2-13 "TRANSHIPMENT FROM SHENZHEN TO NEW YORK VIA HONG KONG" NO WOOD PACKAGING MATERIAL IS USED IN THE SHIPMENT | 632 CTN 11,829.00 | 24.000 |
| TOTAL: SIX HUNDRED THIRTY-TWO CARTONS ONLY | | 11829.00 | 24.000 |

| DETAILS | PER | RATE AMOUNT | PREPAID | FREIGHT COLLECT |
|---|---|---|---|---|
| D.G. CARGO IMCO CL.#2.1 UN NO=1057 24HR EMERGENCY TELEPHONE NO: 1-718-527-3800 | | | FRT AS PER MANIFEST | |

J1178

AD VALOREM FREIGHT

MERCHANT'S DECLARED VALUE OF GOODS:
If Merchant enters a value, Carriers "package" limitation of liability shall not apply and ad valorem freight will be charged (See Clause 23)

| | TOTAL | |

IN WITNESS whereof the Master or Agent of the said vessel has signed the number of original Bills of Lading stated below. All of this tenor and date. If this Bill of Lading is consigned to order, one shall be surrendered before delivery and the others to stand void.

| FREIGHT PAYABLE AT | No. OF ORIGINAL B/L ISSUED |
|---|---|
| HONG KONG | (3) THREE |
| PLACE AND DATE OF ISSUE | HONG KONG |
| | VALIDATED ON BOARD 29-OCT-2005 |

** FREIGHT PREPAID **

The Merchant's attention is drawn to the fact that the terms of the Bill of Lading are continued on reverse side hereof and include limitations of liability in respect of loss or damage to the goods and delay. The package limitation mentioned in Clause 23 will not be applicable in the event that contents are carefully declared, itemised, valued by the Merchant prior to loading and Ad Valorem Freight is paid or contracted for. Goods carried in containers are carried in accordance with and subject to Carrier's container relay service (see Cl. 1 overleaf) and Carrier's Container Rules and Tariffs (see Clauses 10, 11, 12 & 19 overleaf).

SUN HING AGENCIES LIMITED AS AGENTS FOR ZIM INTEGRATED SHIPPING SERVICES LTD (AS CARRIER)

| er/Account # | CONSIGNEE | | | 536049 |
|---|---|---|---|---|
| | J&D Enterprises | | Entry # | |
| | | | | 903248-1 |

| SHIP CO. | IMPORT DATE | IT. # | CONTAINER NO. |
|---|---|---|---|
| Zuuu | 1-17-06 | | UESU2253747 |
| . OR CARRIER | B/L NO. HKG393463 | LOCATION | COLLECT CHGS. |
| | HBL # | E416 | |

720

J&D

$/0

LFD
1/24

foster

P/w Rudy

Maria @ AZ/NY

973 5891665

536049



DEPOSITION EXHIBIT
6
Iacopelle 09/30/26
Donnie Stickley
CSR9510

J1073



**ZIM-American Israeli Shipping Co., Inc.**

ꞏNEL GROUP OF          Fax : 310-258-8556

ZIM LINES
5801 LAKE WRIGHT DRIVE
NORFOLK, VA 23502

A R R I V A L     N O T I C E
=============================

*************************************************************************
ZIM HAS ENHANCED IT'S WEB SITE TO PROVIDE YOU WITH UP-TO-DATE STATUS AND
TRACKING INFORMATION.  GO TO WWW.ZIM.CO.IL, CHOOSE TRACING THEN U.S. STATUS.
*************************************************************************

Vessel              : ZIM BARCELONA 7/E
Bill of lading      : ZIMUHKG393463
Load port           : HONG KONG
Load date           : 12/24/2005
Discharge port      : NEW YORK
Discharge date      : 01/17/2006  ◊ Estimated )
Manifest destination : NEW YORK
Carrier destination : MAHER TERMINAL (973-376-7621)
Shipper             : THE JANEL GROUP OF HONG KONG LTD.
Consignee           : THE JANEL GROUP OF LOS ANGELES, INC
ꞏtify               : THE JANEL GROUP OF LOS ANGELES, INC
ρe of delivery      : HOUSE TO HOUSE
Total prepaid       : 3905.36                Total due : 0.00
                                             Please call for information.
House B/ls          : ZIMUHKG960010726
Total containers    : 1
Total weight (LBS)  : 33334
Total packages      : 720

*(handwritten: 1/16    Go date   8/2    LFD    15 days from A/D)*

```
     Container #  Size  Type  Weight (Lbs)  Pkgs
     -------------------------------------------------
  1. UESU2253747   20    DV    33334        720 CTN
```

Cargo description :
 ONE TIME PLASTIC LIGHTER UN NO.#1057 CLASS NO.#2.1 FLASH POINT#55
 EMS#2-13 "TRANSHIPMENT FROM SHENZHEN TO  NEW YORK VIA HONG KONG."
 "NO WOOD PACKAGING MATERIAL IS  USED IN THE SHIPMENT."

Effective May 1,2005 Free time for all containers will be 4 days instead
of 5 at port of discharge. All reefer containers will remain at 2 days free
time at port of discharge.

Zim's demurrage rates at port of discharge are as follows :
All types of equipment excluding reefers 1-4 days $100.00 a day per container.
5 days and over $140.00 a day per container, 10 days and after $295.00.
Reefer rates 1-3 days are $300.00 a day per container, 4 days and after $460.00
──r day per container.

Contact name        : Customer Service
Telephone number    : 866-744-7046
Fax number          : 866-696-3583

*(handwritten: J1077)*

# BILL OF LADING — ZIM INTEGRATED SHIPPING SERVICES LTD — ZIM CONTAINER SERVICE

| SHIPPER/EXPORTER (NAME & ADDRESS) | BOOKING No. | BILL OF LADING No. |
|---|---|---|
| THE JANEL GROUP OF HONG KONG LTD. ROOM 1301-02, AUSTIN TOWER, 22-26 AUSTIN AVENUE, TSIMSHATSUI, HONG KONG | HKHKG/USNYC | ZIMUHKG393463 |

EXPORT REFERENCES   HKG1370581

*PAYMENT OF FREIGHT AND CHARGES AS PER THE TERMS AND CONDITIONS OF ZIM'S BILL OF LADING CLAUSE NUMBER 19.

**CONSIGNEE (NAME & ADDRESS)**
THE JANEL GROUP OF LOS ANGELES, INC.
460A HINDRY AVENUE INGLEWOOD, CA 90301
U.S.A.

FORWARDING AGENT F.M.C. No.

POINT AND COUNTRY OF ORIGIN ( FOR MERCHANT'S REFERENCE ONLY)

(B/L NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

**NOTIFY (NAME & ADDRESS)**
THE JANEL GROUP OF LOS ANGELES, INC.
460A HINDRY AVENUE INGLEWOOD, CA 90301
U.S.A.

REMARKS/EXPORT OR OTHER INSTRUCTIONS

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT OF GOODS * (IF CONTRACTED FOR) |
|---|---|
| ZBY-7E | |

| LOADING VESSEL * | VOY. | PORT OF LOADING * |
|---|---|---|
| ZIM BARCELONA | 7/E | HONG KONG |

| PORT OF DESTINATION * | FINAL DESTINATION * (IF CONTRACTED FOR) |
|---|---|
| NEW YORK (NY) | |

FURTHER ROUTING (AT MERCHANT'S EXPENSE, RISK AND RESPONSIBILITY)

*FOR DEFINITION SEE CLAUSE 2

**\*SHIPPER'S LOAD STOWAGE & COUNT\*** PARTICULARS AS FURNISHED BY SHIPPER

| MKS & NOS./CONT. NOS. | DESCRIPTION OF GOODS | WEIGHT KGS | MEASUREMENT |
|---|---|---|---|
| CY/CY UESU2253747 20'×DV 360352 J & B C/NO.720 | ONE TIME PLASTIC LIGHTER UN NO.#1057 CLASS NO.#2.1 FLASH POINT#55 EMS#2-13 "TRANSHIPMENT FROM SHENZHEN TO NEW YORK VIA HONG KONG." "NO WOOD PACKAGING MATERIAL IS USED IN THE SHIPMENT." ZIM HOUSE B/L# ZIMUHKG960010726 | 720 CTN   15120.00 | 30.000 |

*ORIGINAL* (watermark)

**TOTAL: SEVEN HUNDRED TWENTY CARTONS ONLY**   TOTAL   15120.00   30.000

| DETAILS | PER | RATE AMOUNT | PREPAID | COLLECT |
|---|---|---|---|---|
| D.G. CARGO IMCO CL.#2.1 UN NO=1057 24HR EMERGENCY TELEPHONE NO: 1-724-342-7978 | | FRT AS PER MANIFEST | | |

AD VALOREM FREIGHT

MERCHANT'S DECLARED VALUE OF GOODS:
If Merchant enters a value, Carriers "package" limitation of liability shall not apply and ad valorem freight will be charged (See Clause 23)

TOTAL

| FREIGHT PAYABLE AT | No. OF ORIGINAL B/L ISSUED |
|---|---|
| HONG KONG | (3) THREE |

| PLACE AND DATE OF ISSUE | |
|---|---|
| HONG KONG VALIDATED ON BOARD 16/12/2005 | |

PREPAID

The Merchant's attention is drawn to the fact that the terms of the Bill of Lading are continued on reverse side hereof and include limitations of liability in respect of loss or damage to the goods and delay. The package limitation mentioned in Clause 23 will not be applicable in the event that contents are carefully declared, itemised, valued by the Merchant prior to loading and Ad Valorem Freight is paid or contracted for. Goods carried in containers are carried in accordance with and subject to Carrier's container relay service (see Cl. 1 overleaf) and Carrier's Container Rules and Tariffs (see Clauses 10, 11, 12 & 19 overleaf).

SUN HING AGENCIES LIMITED AS AGENTS FOR ZIM INTEGRATED SHIPPING SERVICES LTD., (AS CARRIER)

J1078

FROM : SUN HING SHIPPING CO     PHONE NO. : + 852 2866 2619     AUG. 25 2005 05:10PM P3

## ZIM INTEGRATED SHIPPING SERVICES LTD.

**Hazardous Materials Shipping Information Form**

Shipper (Name, address & telephone number) CFR 49 172.201(b)

SHUNDE HUANQIU LIGHTER MANU., CO., LTD.
5 TIANHE INDUSTRIAL BASE, RONGJIAN
MANAGEMENT AREA, GUIZHOU TOWN, SHUNDE,
GUANGDONG, CHINA.
TEL:86-757-28383166     FAX:86-757-28302983

Consignee (Name, address & telephone number)

J&D ENTERPRISES
530 SOUTH DOCK STREET,
SHARON, PA 16416, USA
TEL:724-342-7978     FAX:724-342-7969

| Bill of lading no. | Vessel, Voyage no. | Container number | Size & type | DOT placard requirement 49 CFR § 172.504/Tables 1&... |
|---|---|---|---|---|
| | ZIM BARCELONA  V. 7E | | 20'GP | |

| Port of loading | Port of discharge | Final destination | Routing |
|---|---|---|---|
| HONG KONG | NEW YORK | NEW YORK | |

## DESCRIPTION OF HAZARDOUS MATERIAL 49 CFR § 172.202

| Hazardous materials descriptions and proper shipping names (in CAPITAL letters) 49 CFR § 172.101 & 172.102 (1) | Recognized chemical name (For pesticides show ISO approved Name) 49 CFR § 172.202(d) OPTIONAL (2) | Hazard class or Division (3) | UN Number or NA Identification Numbers (3) | Packing group (4) | Quantity & type of package(s) (Volume or mass) (5) | Label(s) required (if not excepted) (6) |
|---|---|---|---|---|---|---|
| ONE TIME PLASTIC LIGHTER | ONE TIME PLASTIC LIGHTER | 2.1 | 1057 | | | |

**Shipper's Certification** (49 CFR § 172.204(a)(X)) "This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation."

**IMO - IMDG Container packing certification:**
12.3.1 "These persons responsible for the packing of the dangerous goods into a container should provide a "container packing certificate" certifying that this has been properly carried out embodying the following provisions:*
- The container was clean, dry and apparently fit to receive the goods.
- If the consignments include goods of class 1, except division 1.4, the container is structurally serviceable in conformity with section 12.6 of the introduction to class 1 of the IMDG Code.
- No incompatible goods have been packed into the container, unless approved by the competent authority concerned in accordance with 12.2.1.
- All packages have been properly packed in the container and secured.
* See also MSC/Circ.506/Rev.1 of 10 January 1990 on container packing certificates and vehicle packing declarations (See Supplement to this Code).

| Name/status, company/organization of signatory 49 CFR § 172.204(c) | Place & date |
|---|---|
| Signature, on behalf of Shipper 49 CFR § 172.204(c)(2) | Received by/Date 49 CFR § 107.333 |

Prepared by/Date 49 CFR § 107.333

OPERATIONS VESSEL FILE COPY

☐ TERMINAL COPY   ☐ TRUCKER COP

☐ RAILROAD COI

J1081

24 HOUR EMERGENCY CONTACT TELEPHONE NUMBER FADI SOLMAZ/MOBILE NO.724-342-7978 ☐
(Must include International access code & local area code for direct dialing from USA) 49 CFR § 172.201(d) & § 172.604(a)(3)


EXHIBIT C

1             UNITED STATES DISTRICT COURT

2        FOR THE EASTERN DISTRICT OF MICHIGAN

3           CASE NO. 2:06-CV-10267

4

5

6  BIC CORPORATION               )
                             )

7       Plaintiff        )    DEPOSITION
                             )

8     VS.                  )      OF
                             )

9  CAPITAL SALES COMPANY, SAM    )  FADI ZAHARN
   HADDAD, NADER ENTERPRISES, INC., )

10  RAMI NADER and FADI ZAHARN,    )
   Individually and Doing Business )

11  as J & D Enterprises, JOHN DOE   )
   COMPANY and JOHN DOES 1-100    )

12                        )
       Defendants       )

13

14

15     DEPOSITION taken before me, Debra M. Moore, a Notary

16  Public within and for the State of Ohio, on the 10th Day

17  of February, 2006, pursuant to Notice and at the time and

18  place therein specified, to be used pursuant to the Rules

19  of Civil Procedure or by agreement of counsel in the

20  aforesaid cause of action, pending in the United States

21  District Court for the Eastern District of Michigan.

22

23

24

25

APPEARANCES


On Behalf of Plaintiff:

    Thomas M. Peters, Attorney at Law
    Vandeveer, Garzia
    1450 Long Lake Road, Suite 100
    Troy, MI  28098-6330


On Behalf of Defendants Fadi Zaharn, Rami
Nader, J & D Enterprises and Nader
Enterprises:

    Neal G. Atway, Attorney at Law
    Atway & Cochran, LLC
    19 East Front Street
    Youngstown, OH  44503


Also Present:

    Mr. Rami Nader

1                           INDEX

2

3    CROSS EXAMINATION BY MR. PETERS - PAGE 5

4

5    OBJECTIONS AND MOTIONS:  NONE

6

7    PLAINTIFF'S EXHIBITS INTRODUCED:

8    EXHIBIT 1 - PAGE 9

9    EXHIBIT 2 - PAGE 33

10   EXHIBIT 3 - PAGE 27

11   EXHIBIT 4 - PAGE 16

12   EXHIBIT 5 - PAGE 16

13   EXHIBIT 6 - PAGE 16

14   EXHIBIT 7 - PAGE 26

15   EXHIBIT 8 - PAGE 34

16   EXHIBIT 9 - PAGE 34

17   EXHIBIT 10 - PAGE 34

18   EXHIBIT 11 - PAGE 45

19

20   DEFENDANT'S EXHIBITS INTRODUCED:  NONE

21

22

23

24

25

1
2
3                    STIPULATIONS
4
5          It is stipulated and agreed by and between
6   counsel for the parties hereto that the deposition may be
7   taken at this time, 12:00 p.m., February 10, 2006, in the
8   offices of Atway & Cochran, LLC, 19 East Front Street,
9   Youngstown, Ohio.
10         It is further stipulated and agreed by and
11  between counsel that the deposition may be taken in
12  shorthand by Debra M. Moore, a Notary Public within and
13  for the State of Ohio, and may be by her transcribed with
14  the use of computer-assisted transcription; that the
15  witness's signature to the finished transcript of his\her
16  deposition may be and is hereby waived by agreement of the
17  parties; and that the deposition may be thereupon used on
18  behalf of the parties in the aforesaid cause of action as
19  fully and to the same extent as if written in the presence
20  of the witness and subscribed by the witness in the
21  presence of the Notary Public.
22
23
24
25

1           WHEREUPON,

2           FADI ZAHARN,

3           of lawful age, being by me first duly

4           sworn to testify the truth, the whole

5           truth, and nothing but the truth, as

6           hereinafter certified, deposes and

7           says as follows:

8           MR. PETERS:  Let the record reflect

9   that this is the deposition of Fadi Zaharn, being taken

10  pursuant to notice served upon the parties, and may be

11  used for those purposes as set forth by the Federal Rules

12  of Civil Procedure.

13      Mr. Skladd, who is the attorney for Mr. Haddad and

14  Capital Sales, asked me to -- I'm looking at this little

15  faxed letter that he gave me -- said that he would not be

16  here at the deposition.  Asked me to state that content of

17  the dep is subject to cross examination by Mr. Haddad's

18  attorney if noticed up and in conformity with the Federal

19  Rules of Civil Procedure.  And so I've read it for the

20  thing, but that's it.

21  CROSS EXAMINATION:

22  By Mr. Peters

23  Q           Mr. Zaharn, my name is Tom Peters, and

24  I'm an attorney, and I represent the Bic Corporation.  I'm

25  going to be asking you a few questions about some

1  documents that you voluntarily provided to me. If at any
2  point in time you don't understand my question, you just
3  tell me that you don't, and I'll try to figure out a way
4  that maybe we can communicate on the same level; okay?
5  A          Okay.
6  Q          I don't hold myself out as an expert in
7  your business, and so I may be using terms that aren't
8  right or something like this, and all you have to do is
9  tell me that; okay?  The first thing I'd like to do is if
10 you could tell me -- state your full name for the record?
11 A          Fadi, F-A-D-I, Zaharn, Z-A-H-A-R-N.
12 Q          And where do you live?
13 A          I live on 1632 Bluebell Trail, Boardman,
14 Ohio, 44514.
15 Q          And you're here today because I had
16 noticed up the deposition of what I think is maybe a
17 partner of yours, Mr. Nader.  Can you tell me what your
18 involvement is with Nader Enterprises?
19 A          I'm an officer with Nader Enterprises.
20 Q          Okay.  And who are the other officers?
21 A          Rami Nader and Adnan Salloum.
22 Q          How do you spell that?
23 A          Salloum, S-A-L-L-O-U-M.
24 Q          And I've done a little bit of research
25 under the Ohio corporate thing.  It's my understanding

1  that Nader Enterprises is an Ohio corporation?

2  A            Correct.

3  Q            And your principal place of business is

4  530 South Dock Street in Sharon, Pennsylvania; is that

5  correct?

6  A            Correct.

7  Q            Do you have any other offices here in

8  Ohio?

9  A            No.

10  Q            In some of the documents that you

11  provided to me, there's an indication of a sale of some of

12  the lighters that we're going to be talking about to J & D

13  Enterprises.  Can you tell me whether or not you or Nader

14  Enterprises has filed an assumed name to operate under

15  J & D Enterprises?

16  A            J & D Enterprises is a different

17  corporation than Nader Enterprises.  What we do is since

18  we decided we're going to start doing business with China,

19  we set up a separate corporation, which is J & D

20  Enterprises.  I'm the only officer.

21  Q            You're the only officer?

22  A            Correct.  And all the import from China

23  is really under J & D Enterprises.  We're switching it to

24  100 percent J & D Enterprises as of this year, and J & D

25  Enterprises will be selling any product we get from China,

1  plus we are involved with a couple other items that we are

2  dealing with.  It's going to be under J & D Enterprises,

3  separate from Nader Enterprises.

4  Q                That's fine.  And my questions today

5  will have nothing to do with the other products that you

6  may be dealing with.  I'm just here relative to the

7  lighters that I'm going to be talking about from that

8  standpoint.  Is J & D Enterprises also an Ohio

9  corporation?

10 A                No, it's a Pennsylvania corporation.

11 Q                And its principal place of business is

12 also 530 South Dock Street in Sharon, Pennsylvania?

13 A                Actually, it's my home address, but we

14 listed that for the shipping.

15 Q                You list the 530 South Dock Street as a

16 shipping address?

17 A                Correct.

18 Q                But the corporate address is your home

19 address that you've already given us?

20 A                Correct.

21 Q                And as I understand it, you're the only

22 officer of that corporation?

23 A                Correct.

24 Q                Let me -- if I can, what I'm going to

25 have you do is identify some of the documents that you've

1  given to me so that we can at least formally put them --
2  you've voluntarily given me these, but I'm going to show
3  you what's been marked as Plaintiff's Deposition Exhibit
4  No. 1, which has already -- there's 12 documents contained
5  within the Exhibit No. 1, Mr. Zaharn.  Could you please
6  identify each one of those documents within Plaintiff's
7  Exhibit No. 1?  Why don't you start right at the top.  It
8  might be the easiest way to do it.
9  A            Well, this is the bill from the shipping
10 company, the broker we're using out of Los Angeles, the
11 Janel Group.
12 Q            Janel is J-A-N-E-L?
13 A            Correct.
14 Q            And that's the document that has their
15 name in large print up at the top of the page; correct?
16 A            Correct.  That's the bill we pay for the
17 shipping from China to here, including customs and
18 everything, insurance they charge us.
19 Q            Okay.
20 A            It lists the details.
21 Q            Does that indicate how many cases of the
22 lighters you purchased?
23 A            Correct; it says 632 right here.
24 Q            632 cases?  Okay.  And just for right
25 now, why don't you identify, if you can, the other

1  documents contained within that group.

2  A                    Other one is a commercial invoice from

3  the broker we use in China.  We have a broker in China.

4  Basically he's the translator when I go to China.

5  Q                    Okay.

6  A                    They translate for us, and they're the

7  one who billed us from China for the product.

8  Q                    And who would be that broker in China

9  that's listed on that page?

10 A                    It's Asiapac Development, Limited.

11 Q                    Asiapac Development, Limited; correct?

12 A                    Correct.

13 Q                    Okay.  What's the next document?

14 A                    I've never looked at these.  What I  .

15 faxed you is one bill.  When I get a bill from the Janel

16 Group, it comes with all these documents on it, and I

17 honestly -- the only thing I look at is the price, and I

18 send them a check for it, and I never look at the --

19 Q                    The third piece of paper that we're

20 talking about is the one that has up at the top Department

21 of the Treasury, United States Customs Service; correct?

22 A                    Yeah.

23 Q                    And apparently it's addressed to the

24 Janel Group of LA, Inc.?

25 A                    Correct.

```
 1   A               Correct.

 2   Q               So there's about 34 cases or so.  Let me

 3   ask you, do you know whether or not at your Dock Street

 4   location or at any other location, does Nader Enterprises

 5   or J & D Enterprises still have any of these lighters

 6   left, to your knowledge?

 7   A               Not a single piece.

 8   Q               Not a single piece, okay.

 9   A               The last thing I had at the warehouse

10   was what I shipped to Capital Sales, which was the 47

11   cases and the 24 cases.  That's why they were odd numbers.

12   That's what I shipped

13   Q               Forty-seven and 24.  When was that

14   shipment?

15   A               One time.  You have a copy of that

16   because you have it in your documents.

17   Q               Oh, there were two sales to Capital

18   Sales; right?

19   A               Correct.

20   Q               You're talking about the second sale?

21   A               Correct.  That's the last thing I had in

22   the warehouse, and I shipped them everything I had.

23   Q               So at least everything -- the last of

24   what you had is part of the ones that I have separated and

25   segregated at Capital Sales; correct?
```

EXHIBIT D

# NADER ENTERPRISES INC

530 S. DOCK ST
SHARON, PA 16146
PHONE#1-724-342-7978
FAX   #1-724-342-7969

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/16/2005 | 5234 |

**Bill To**

CAPITAL SALES
1471 E 9 MILE RD
HAZEL PARK, MI 48030

| Terms | Due Date | Ship Date | Ship Via |
|-------|----------|-----------|----------|
|  | 12/16/2005 | 12/16/2005 | EAST END |

| Description | Qty | Rate | | Amount |
|-------------|-----|------|--|--------|
| 210CSJ&D LARGE 50CT LIGHTER | 4,200 | 168 00 00 | 8.50 | 35,700.00 |
| 60CSJ&D MINI LIGHTER 50CT | 1,200 | 420 00 | 8.00 | 9,600.00 |

*21000 a*

*WRONG PRICE CHARGED PER F/DI*

**PAID**
DEC 2 8 2005
**CHECK #** 17052

YOU ARE RESPONSIBLE FOR PAYING YOUR LOCAL AND STATE TAXES IN FULL

| Total | $45,300.00 |
|-------|------------|

*21000 00*

 **CAPITAL SALES COMPANY**

# RECEIVING PACKING LIST

# BUILDING #1

VENDOR: _NADER ANTEPR_  DATE: _12-20-05_

_SAIFAA_

| ITEM # | QTY. | ITEM DESCRIPTION | |
|--------|------|------------------|---|
| 0785A | 210 | J D LIGHTER | 20-100.0 |
| 0785B | 60 | J D MINI LIGHTER | 20-10. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL RECEIVED | |

# SeaCoast

TRANSPORTATION

P.O. Box 742, Mastic, NY 11950
5300 Vets Memorial Highway, Bohemia, NY 11716
631.471.0000 fax 631.471.0008

PRO #: _____

| SHIPPER | CONSIGNEE | POINT/DESTINATION |
|---|---|---|

| COMPANY NAME Noda | COMPANY NAME Capital Sales | DATE 12-19-05 |
| ADDRESS 530 S Dock St | ADDRESS 1471 E 9 Mile Rd | BILLING REFERENCE |
| CITY & STATE Sharon PA  ZIP CODE 16146 | CITY & STATE Hazel Park MI  ZIP CODE 48053 | |
| BILLING PARTY  PHONE 724-342-7978 | ATTN. NAME  DEPT.  PHONE 248-542-4403 | |

| DESCRIPTION | DIMENSIONS L W H | N | TOTAL PIECES | TOTAL WEIGHT IN LBS SUBJECT TO CORRECTION |
|---|---|---|---|---|
| 7 Pallet | | | | |

**SPECIAL INSTRUCTIONS**

5 PLT J.D. LIGHTERS
2 PLT DRY ASST. TOBACCO

| | |
|---|---|
| C.O.D. PAY □ SHIPPER □ CONSIGNEE AMOUNT $ | ACCESSORIAL CHARGES RESIDENTIAL LIFTGATE INSIDE DELIVERY TWO MAN TEAM WALK UP DELIVERY ATTEMPT OTHER TOTAL CHARGES |

UNLESS A DIFFERENT VALUE IS DECLARED AND AN ADDITIONAL CHARGE PAID THEREAFTER THE SHIPPER HEREBY RELEASES THE PROPERTY TO A VALUE NOT EXCEEDING ONE HUNDRED DOLLARS $100 PER SHIPMENT.

VALUE _____

SIGNED _____

THIS BILL MUST BE PAID WITHIN 7 DAYS AFTER RECEIPT OF STATEMENT

CONSIGNEE FULL SIGNATURE

X _____                          DATE 12-19-05

GOODS DESCRIBED ABOVE RECEIVED IN GOOD CONDITION

12-20-05 SAF AE HADDAD

# NADER ENTERPRISES INC

**Invoice**

530 S. DOCK ST
SHARON, PA. 16146
PHONE#1-724-342-7978
FAX    #1-724-342-7969

| Date | Invoice # |
|------|-----------|
| 1/10/2006 | 5390 |

**Bill To**

CAPITAL SALES
1471 E 9 MILE RD
HAZEL PARK, MI 48030

*Boo PAk*
*20 / 50 ct.*

| Terms | Due Date | Ship Date | Ship Via |
|-------|----------|-----------|----------|
|       | 1/10/2006 | 1/10/2006 | EAST END |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| J&D LIGHTER1000CT   *WRONG ITEM SHIPPED REFUSED* | (1,040) | 46.00 | (47,840.00) |
| 47csJ&D LARGE 50CT LIGHTER | 940 *Boo* | *8560* 4.25 | 3,995.00 |
| 24csJ&D MINI LIGHTER 50CT | 480 *Bov* | *Go+E* 4.00 | 1,920.00 |

**PAID**

FEB 1 8 2006

CHECK # 17365

YOU ARE RESPONSIBLE FOR PAYING  YOUR LOCAL AND STATE TAXES
IN FULL

| **Total** | $53,755.00 |
|-----------|------------|

*WRONG ITEM SHIPPED REFUSED - 47,840.00*

*5915.00*

| Description | | | 1/10/2006 | 1/10/2006 | EAST END |
|---|---|---|---|---|---|
| | Qty | | Rate | | Amount |
| &D LIGHTER1000CT | NO | 1,040 | 46.00 | 13 | 47,840.00 |
| 7csJ&D LARGE 50CT LIGHTER | 49 | 940 | 4.25 | 13 | 3,995.00 |
| 4csJ&D MINI LIGHTER 50CT | 74 | 480 | 4.00 | 13 | 1,920.00 |

SAFAA HADDAD
-11-06

U ARE RESPONSIBLE FOR PAYING  YOUR LOCAL AND STATE TAXES
FULL

| | Total | 153,755.00 |
|---|---|---|



# Sea Coast
## TRANSPORTATION SERVICE, INC.

P.O. Box 74 • Mastic, NY 11950
3300 Vets Memorial Highway, Bohemia, NY 11716
631.471.0000 • fax 631.471.0088

PRO #

| SHIPPER | ORIGIN | CONSIGNEE | AIRPORT DESTINATION |
|---|---|---|---|
| SeaCoast | Bohemia | | |

**COMPANY NAME** Naden Enterprises

**ADDRESS** 530 South Dock Street

**CITY & STATE** Sharon, PA   **ZIP CODE** 16146

**BILLING PARTY**   **PHONE**

**COMPANY NAME** Capitol Sales

**ADDRESS** 1471 E. 9 Mile Road

**CITY & STATE** Hazel Park MI   **ZIP CODE** 48030

**ATTN NAME** (248) 542-4400

**DATE** 1/5/06

**BILLING REFERENCE** PPD

| DESCRIPTION | DIMENSIONS | | | | TOTAL PIECES | TOTAL WEIGHT IN LBS. SUBJECT TO CORRECTION |
|---|---|---|---|---|---|---|
| CTNS ON 18 SKIDS | PCS | L | W | H | 18 | 38000 # |

**C.O.D. P/U**
☐ SHIPPER
☐ CONSIGNEE
AMOUNT $

| ACCESSORIAL CHARGES | |
|---|---|
| RESIDENTIAL | |
| LIFTGATE | |
| INSIDE DELIVERY | |
| TWO MAN TEAM | |
| WALK UP | |
| DELIVERY ATTEMPT | |
| OTHER | |
| TOTAL CHARGES | |

**SPECIAL INSTRUCTIONS**
ZIMU 258937-3

UNLESS A DIFFERENT VALUE IS DECLARED AND AN ADDITIONAL CHARGE PAID THEREAFTER, THE SHIPPER HEREBY RELEASES THE PROPERTY TO A VALUE NOT EXCEEDING ONE HUNDRED DOLLARS ($100) PER SHIPMENT.

VALUE _____

**CONSIGNEE FULL SIGNATURE**
X Simon Jakso   **DATE** 1/11/06
GOODS DESCRIBED ABOVE RECEIVED IN GOOD CONDITION

SIGNED _____

THIS BILL MUST BE PAID WITHIN 7 DAYS AFTER RECEIPT OF STATEMENT