UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**BIC CORP.,**

               Plaintiff(s),                       CASE NO.  06-10267

v.

                                                   JUDGE BORMAN

**CAPITAL SALES CO., et al.,**

               Defendant(s).
_____/

## NOTICE OF CORRECTION

Docket entry number 54 , entered on 10/10/07 was corrected.  The explanation for the correction is stated below.

| | |
|---|---|
| ☐ | The docket entry was made on the wrong case. |
| ☒ | The corresponding document image was missing or incomplete. |
| ☐ | The wrong document image was associated. |
| ☐ | The wrong judicial officer was listed on the case docket. |
| ☐ | The filer information was inaccurate or omitted from the docket text. |
| ☐ | The judicial officer information was inaccurate or omitted from the docket text. |
| ☐ | The docket text was changed *(specify what was changed and why)* |
| ☐ | Other: |

No further action is required.  If you need further clarification or assistance, please contact Denise Goodine at 313-234-5122.

                                                DAVID J. WEAVER, CLERK OF COURT

                                                By s/Denise Goodine
                                                Deputy Clerk

Date:  10/11/07