## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN

BIC CORPORATION,

Plaintiff,

v.

CAPITAL SALES COMPANY, SAM
HADDAD, NADER ENTERPRISES, INC.,
RAMI NADER and FADI ZAHARN,
Individually and doing business as
J & D ENTERPRISES, INC., HUANQIU
LIGHTERS MANUFACTURING CO., LTD.,
ASIAPAC DEVELOPMENT CO., LTD.,
ASIAPAC GROUP, JOHN DOE COMPANY
and JOHN DOES 1-100,

Defendants.

CASE NO.: 2:06-cv-10267

HONORABLE PAUL D. BORMAN
United States District Court Judge

Hon. Wallace Capel
United States Magistrate Judge

Thomas M. Peters (P23217)
Nancy A. Hensley (P43871)
Attorneys for Plaintiff
Vandeveer Garzia, P.C.
1450 W. Long Lake Road, Suite 100
Troy, Michigan 48098
248-312-2800
Fax: 248-267-1242
tmp-group@vgpclaw.com

ALEX N. SALEH (P56756)
MICHAEL E. JONES (P67645)
Attorneys for Zaharn, Nader and J&D
921 Howard Street, Suite One
Dearborn, MI 48124
(313) 724-8080
mjones@salhlegal.com

Moheeb H. Murray (P63893)
Attorney for Capital/Haddad
3001 W. Big Beaver Road
Suite 600
Troy, MI 48084
(248) 822-7800
Fax: 248-822-7001
murray@bskplaw.com

**DEFAULT JUDGMENT AS TO DEFENDANTS HUANQIU, ASIAPAC AND ASIAPAC
GROUP**

The plaintiff having filed a motion to enter a default judgment for money damages against defendants Huanqiu Lighters Manufacturing Company, Ltd., Asiapac Development Co., Ltd. and Asiapac Group and the court being fully advised;

IT IS HEREBY ORDERED AND ADJUDGED that a judgment in favor of the plaintiff in the amount of One Million Dollars ($1,000,000.00) in U. S. dollars is entered against defendant Huanqiu Lighters Manufacturing Co., Ltd.

IT IS FURTHER ORDERED AND ADJUGED that a judgment in favor of the plaintiff in the amount of One Million Dollars ($1,000,000.00) in U. S. dollars is entered against defendants Asiapac Development Co., Ltd. and Asia Group, jointly.

IT IS FURTHER ORDERED AND ADJUDGED that the plaintiff is awarded attorney fees in this case against defendants Huanqiu Lighters Manufacturing Co., Ltd., Asiapac Development Co., Ltd. and Asia Group, jointly and severally, in the amount of Fifty Thousand Dollars ($50,000.00) in U. S. dollars.

This judgment resolves all pending claims in this matter and closes the case.

_____

HONORABLE PAUL D. BORMAN
United States District Court Judge


Date: _____

2