UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BIC CORPORATION,

           Plaintiff,           CASE NO. 06-10267

-vs-                                PAUL D. BORMAN
                                      UNITED STATES DISTRICT JUDGE

CAPITAL SALES CO., et al.,

           Defendants.
_____/

## FINAL JUDGMENT

**IT IS HEREBY ORDERED** Plaintiff Bic Corporation's Motion for Default Judgment (Doc. No. 66) is **GRANTED**.

        **SO ORDERED.**

Pursuant to Rule (77d), FRCivP,
Copies have been mailed to: Attorneys of record by electronic means.

                                            David Weaver, Clerk of Court

Date: 1/30/08                          <u>s/Denise Goodine, Deputy Clerk</u>
                                            Denise Goodine